**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GARY FUGITT,**

    **Plaintiff,**

**v.**                                                         **Case No.: 8:17-cv-01961-VMC-TBM**

**BLUESTEM BRANDS, INC.,**

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on January 8, 2018. Plaintiff and his trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done January 8, 2018 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002   Fax: 813.874.1131
                                        email: peter@grillimediation.com

    I HEREBY CERTIFY that January 8, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                          <u>/s/ Peter J. Grilli</u>
                                          Peter J. Grilli, Esq.